**1010**

JACKSON TERRACE HOMES, INC., Respondent, v. AMELIA A. ROTTKAMP, Appellant. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

NORA KRAMER, Respondent and Appellant, v. SIDNEY D. KRAMER, Appellant and Respondent.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

EMIL H. LEHMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

LOUIS J. LYNCH, as Administrator of the Estate of PATRICK J. LYNCH, Deceased, Respondent, v. CITY BANK FARMERS TRUST COMPANY, as Trustee of JOHN FLEMING, Deceased, et al., Appellants.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

STEPHEN MILLER, Respondent, v. PETER TRUSS, Appellant, et al., Defendant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

GEORGE A. OSBORNE et al., Respondents, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., Appellant.— Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

RAYMOND K. O'BRIEN et al., Respondents, v. WILHELMINA BALL et al., Appellants. Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB BERNOFF, Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing Prison, Respondent.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MARGARET REEH, an Infant, by Her Guardian ad Litem, EARL REEH, et al., Respondents, v. H. L. GREEN CO., INC., Appellant.— Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

MOE B. RUBIN, as Assignee of NETTIE RUBIN, Appellant, v. MARY KOPPELMAN et al., Respondents.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.